IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

OSCAR RAMIREZ, §
§
Petitioner, §
§
v. § 2:12-CV-0041
§
WILLIAM STEPHENS, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
§
Respondent. §

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING, IN PART, and DISMISSING, IN PART, PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court an application for a writ of habeas corpus by a person in state custody. On February 26, 2015, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's application be denied as to Ground 1, and dismissed as to Grounds 2, 3, and 4 or, in the alternative, denied as to Grounds 2, 3 and 4. Respondent filed objections to the Report and Recommendation on March 4, 2015. As of this date, petitioner has not filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by respondent to the Report and Recommendation. The objections filed by respondent are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED as to Ground 1, and DISMISSED, as to Grounds 2, 3, and 4.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2015.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE